**Richard OHENDALSKI; Kay Ohendalski, Petitioners– Appellants**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent– Appellee.**

No. 14–60653.

United States Court of Appeals, Fifth Circuit.

June 5, 2015.

Richard S. Ohendalski, Huntsville, TX, pro se.

Kay Ohendalski, Huntsville, TX, pro se.

Carol A. Barthel, Kathryn Keneally, Gilbert Steven Rothenberg, Esq., Deputy Assistant Attorney General, U.S. Department of Justice, William J. Wilkins, Internal Revenue Service, Washington, DC, for Respondent–Appellee.

Before REAVLEY, OWEN, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Taxpayers appeal the Tax Court's judgment based on the settlement of the parties and contest the computation of taxes because not in accord with that settlement. No alternative computations, except for the incorrect zero denial of a tax, was ever explained and proposed. They have had many full opportunities to resolve any er-

ror in the taxes they owe or in this judgment, and have always avoided those opportunities. Their argument now, about their settlement as the consequence of their attorney's ineffectiveness, fits their defense of hide and go seek.

The pending motion is dismissed as moot.

JUDGMENT AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

